IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CARL S. PERRY, JR.,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 08-0548-KD-B |
| **SOCIAL SECURITY ADMINISTRATION,** | : |
| Defendants. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A), is ADOPTED as the opinion of this Court.  It is ORDERED that this action be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 29th day of October, 2008.

 s/ Kristi K. DuBose 
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE